**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MARCO ALEXANDER RODRIGUEZ-GALINDO, # A 094-270-260** **PETITIONER**

**VERSUS** **CIVIL ACTION NO. 5:26cv542-DCB-RPM**

**TODD BLANCHE, MARKWAYNE MULLIN, and WARDEN** **RESPONDENTS**

**ORDER REQUIRING PETITIONER TO RESPOND**

This matter is before the Court *sua sponte*. *Pro se* Petitioner Marco Alexander Rodriguez-Galindo is an alien detainee in the custody of the Department of Homeland Security. A Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, was filed, but he failed to sign it under oath as required by 28 U.S.C. § 2242. Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction. *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971). Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Rodriguez-Galindo a copy of the Petition. If he wishes the Petition to remain filed, then he shall sign the document under oath and file it with the Court no later than September 9, 2026.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Marco Alexander Rodriguez-Galindo a copy of the Petition [1] along with a copy of this Order. If the Petitioner would like the Petition to remain filed, he shall sign the Petition under oath and file it with the Court **no later than September 9, 2026**. Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed

of Petitioner's current address may result in the pleading being stricken and dismissal of this cause.

**SO ORDERED**, this the 26th day of August, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE